**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-16-00556-CV**
**NO. 14-16-00578-CV**

_____

## IN THE INTEREST OF A.L.H., A CHILD

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-00466J**

---

## ORDER

These are accelerated appeals from a judgment in a suit in which the termination of the parent-child relationship is at issue.

The appellant in appeal number 14-16-00556-CV, M.M., is represented by retained counsel. Counsel filed and was granted a motion for extension until October 13, 2016, to file M.M.'s brief.

The appellant in appeal number 14-16-00578-CV, L.M., is represented by appointed counsel. L.M.'s brief was due October 3, 2016, but neither the brief nor a motion for extension of time to file the brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant L.M.'s appointed counsel, **Sarah Guidry**, to file L.M.'s brief no later than **October 13, 2016**. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

If they desire, M.M. and L.M. may file a joint brief that complies with Rule 9.4 of the Texas Rules of Appellate Procedure.

PER CURIAM